AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Public Works Constructors, LLC.**
was received by me on *(date)* **8-22-23 on 1:36PM.**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Kory Frank**, who is designated by law to accept service of process on behalf of *(name of organization)* _____
**7901 4th St. North** on *(date)* **8-23-23** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **8/23/2023**

*Richard Abbazia*
Server's signature

**Richard Abbazia, Jr. APS13460**
Printed name and title

**150 8th Street N., St. Petersburg, FL.**
Server's address

Additional information regarding attempted service, etc: